IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-297 |
| AMBER BRIM, | |
| Defendant. | |

ORDER

The motion of the United States of America to dismiss this matter without prejudice is hereby granted. Accordingly,

IT IS ORDERED that this matter is hereby DISMISSED WITHOUT PREJUDICE.

Alexandria, Virginia
July 9, 2025

William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia